# United States District Court

Northern District of Texas

Karen Mitchell  
Clerk of Court

Dallas Division

7/2/2025

134th District Court  
George L. Allen, Sr. Courts Building  
600 Commerce Street, Box 650  
Dallas, TX 75202

RE: 3:25-cv-00664-D

Style: LMI Landscapes Inc et al v. Beam et al

Dear Clerk:

Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the      134th District Court, Dallas County, TX     , DC-24-18306 along with a copy of the docket sheet.

If you have any questions regarding this matter, I may be reached at    {phone}   .

Sincerely,  
Karen Mitchell, Clerk

By: s/ N. Taylor  
Deputy Clerk

Enclosure  cc/ Order, Remand Letter and Docket Sheet

cc:  Counsel of Record  
Case file (public entry)